# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AVERY C. WILLIAMS,

    Plaintiff,

v.

KCJ MEDICAL STAFF, et al.,

    Defendants.

Case No. C18-1708RSL

ORDER TO SHOW CAUSE

    On January 28, 2020, the Honorable Mary Alice Theiler, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to plaintiff, but was returned unopened on February 10, 2020, as plaintiff apparently no longer resides at the address on file with the Court.

    The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for May 15, 2020. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

    DATED this 10th day of March, 2020.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER TO SHOW CAUSE - 1